# In the United States Court of Federal Claims

No. 06-93 T

(Filed April 18, 2006)

* * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| ROBERT W. FRANGOOLES and | * |
| BETTY LOU FRANGOOLES, | * |
| | * |
| *Plaintiffs*, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant*. | * |

* * * * * * * * * * * * * * * * * * * * *

**ORDER**

On April 7, 2006, the parties filed a Joint Motion to Stay the Proceedings in this case pending final decisions in the related cases of *Isler v. United States*, No. 01-344T, *Prati v. United States*, No. 02-60T, and *Scuteri v. United States*, 01-358T. For good cause shown, it is hereby **ORDERED** that this case is **SUSPENDED** pending the final resolution of the representative cases of *Isler*, *Scuteri*, and *Prati*. The parties shall notify the court by the filing of a Joint Status Report upon the resolution of the referenced cases.

s/Lynn J. Bush
LYNN J. BUSH
Judge