# In the United States Court of Federal Claims

No. 06-93T ADR PILOT
(Filed: May 1, 2006)

* * * * * * * * * * * * * * * * * * * * * * * *
ROBERT W. FRANGOOLES and
BETTY LOU FRANGOOLES,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

The above captioned case is hereby removed from the ADR Pilot program.

s/Eric G. Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Judge Lynn J. Bush